# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In The Matter Of: ) | |
| ) | Mtn. 38 |
| Sheila Renea Troupe ) | |
| ) | |
| ) | Case No. 05-61861-399 |
| Debtor, ) | |
| ) | Chapter 13 |
| Deutsche Bank National Trust ) | |
| Company, as Trustee ) | |
| ) | |
| Creditor, ) | |

## CONSENT ORDER AND
## STIPULATION IN SETTLEMENT MOTION TO VACATE
## COMFORT ORDER FILED BY DEBTOR

COME NOW, the parties and agree to the following in the settlement of the Motion to Vacate Comfort Order filed by the parties:

1. Motion of Mortgagee to Request this Court to terminate stay order in regard to Respondent's realty was filed on or about December 21, 2005. The property known as 4018 Castleman Avenue, St. Louis, MO 63110, being the subject of said motion.

2. The parties agree that Creditor will accept post-petition payments made directly by the Debtor and pre-petition arrearages from Plan Payments. Creditor agrees to refrain from exercising it's remedies under state law as long as the Debtor remains current in her monthly obligations under this agreement or until such time as an Order is entered pursuant to a default of the terms of this agreement

3. Monthly post-petition payments will be made by the Debtor as they become due under the terms of the original Note and Deed of Trust beginning March 1, 2006.

4. The terms of this Stipulation and the agreement reached between the parties shall remain in effect until such time as the Debtor defaults in her obligations to Creditor

and/or the Trustee or this bankruptcy case is dismissed or converted to another chapter whichever occurs first.

It is **Ordered, Adjudged and Decreed** that the Debtor will comply the herein specified conditions. In the event the Debtor fail to comply with any of the herein specified conditions, the Creditor shall provide ten (10) days written notice to this Court, the Trustee, the counsel for the Debtor and the Debtor of the breach of this Stipulation. In the event no objections setting forth a valid defense are filed within these 10 days, the Creditor shall be entitled to an Order granting Creditor the right to proceed with its state law remedies and any other Orders which the Court deems just and proper. The third such notice of default shall result in the immediate entry of an Order granting Creditor the right to proceed with its state law remedies without regard to the 10 day period to cure. Motion to Vacate Comfort Order filed by the parties is hereby granted to enter this order.

DATED: April 6, 2006  
St. Louis, Missouri

_____  
Barry S. Schermer  
Chief United States Bankruptcy Judge

Millsap & Singer, P.C.

/s/ James R. Brown  
James R. Brown, #42100, 46155  
Castle Law Office of St. Louis  
Attorney for Debtor  
500 N. Broadway, Suite 1400  
St. Louis, MO 63102  
Telephone: (314) 436-4134  
Facsimile: (314) 241-7889  
tharper@castlelaw.net

/s/ Cynthia M. Woolverton  
Cynthia M. Woolverton, #47698, #85468  
Millsap & Singer, P.C.  
Attorney for Creditor  
612 Spirit Drive  
St. Louis, MO 63005  
Telephone: (636) 537-0110  
Facsimile: (636) 537-0067  
bktyed@msfirm.com

COPIES TO:

Vernon D. Singer
Cynthia M. Woolverton
Eileen M. Love
Attorneys for Creditor
612 Spirit Drive
St. Louis, MO 63005

James R. Brown
Castle Law Office of St. Louis
Attorney for Debtor
500 N. Broadway, Suite 1400
St. Louis, MO 63102
tharper@castlelaw.net

Sheila Renea Troupe
4018 Castleman
St. Louis, MO 63110

John V. LaBarge, Jr.
Office of the Chapter 13 Trustee
Chapter 13 Trustee
PO Box 430908
St. Louis, MO 63143

Office of the U.S. Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th St., Suite 6353
St. Louis, MO 63102